JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| ORLANDO ANTONIO OLIVAR-MARTINEZ,<br><br>Petitioner,<br><br>v.<br><br>DAVID A. MARIN et al.,<br><br>Respondents. | Case No. 5:26-cv-02776-AB-DFM<br><br>JUDGMENT |

Pursuant to the Order Dismissing Petition as Moot,

IT IS ADJUDGED that the Petition is DENIED as moot, and this action is DISMISSED without prejudice.

Date: July 21, 2026

ANDRÉ BIROTTE JR.
United States District Judge